CA 07-327 S.

**RADHAKRISHNAN Rajesh**

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Tuesday, September 04, 2007 5:07 AM
**To:** RADHAKRISHNAN Rajesh
**Subject:** USPS Shipment Info for 7002 2030 0007 8777 9436

This is a post-only message. Please do not respond.

rajesh radhakrishnan has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7002 2030 0007 8777 9436

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20535 | 09/04/07 2:48am |
| Notice Left | WASHINGTON DC 20535 | 09/03/07 8:32am |
| Arrival at Unit | WASHINGTON DC 20022 | 09/03/07 2:45am |
| Acceptance | PROVIDENCE RI 02909 | 08/29/07 4:29pm |

Reminder: Track & Confirm by email

Date of email request: 08/30/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

7002 2030 0007 8777 9436

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.31 | 0110 |
| Certified Fee | $2.65 | 07 |
| Return Reciept Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.11 | 08/29/2007 |

Sent To Robert S Mueller III
Street, Apt. No.; or PO Box No. Director FBI
City, State, ZIP+4 [illegible]

**RADHAKRISHNAN Rajesh**

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Tuesday, September 04, 2007 5:07 AM
**To:** RADHAKRISHNAN Rajesh
**Subject:** USPS Shipment Info for 7002 2030 0007 8777 9436

This is a post-only message. Please do not respond.

rajesh radhakrishnan has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7002 2030 0007 8777 9436

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20535 | 09/04/07 2:48am |
| Notice Left | WASHINGTON DC 20535 | 09/03/07 8:32am |
| Arrival at Unit | WASHINGTON DC 20022 | 09/03/07 2:45am |
| Acceptance | PROVIDENCE RI 02909 | 08/29/07 4:29pm |

Reminder: Track & Confirm by email

Date of email request: 08/30/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Quest:
Confirm site at http://www.usps.com/shipping/traci

7002 2030 0007 8777 9429

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20022 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.31 | 0110 |
| Certified Fee | $2.65 | 07 |
| Return Reciept Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.11 | 08/29/2007 |

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: Secretary of Dept of Homeland Security
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002 See Reverse for Instructions

**RADHAKRISHNAN Rajesh**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Tuesday, September 04, 2007 7:02 AM |
| **To:** | RADHAKRISHNAN Rajesh |
| **Subject:** | USPS Shipment Info for 7002 2030 0007 8777 9412 |

This is a post-only message. Please do not respond.

rajesh radhakrishnan has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7002 2030 0007 8777 9412

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 09/04/07 4:47am |
| Notice Left | WASHINGTON DC 20530 | 09/03/07 8:29am |
| Arrival at Unit | WASHINGTON DC 20022 | 09/03/07 3:48am |
| Acceptance | PROVIDENCE RI 02909 | 08/29/07 4:28pm |

Reminder: Track & Confirm by email

Date of email request: 08/30/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional ...
features, please visit the Frequently Asked Ques...
Confirm site at http://www.usps.com/shipping/tra...

7002 2030 0007 8777 9412

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.31 | 0110 |
| Certified Fee | $2.65 | 07 |
| Return Reciept Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.11 | 08/29/2007 |

Sent To: U.S. Attorney General

Street, Apt. No.; or PO Box No.: U.S. Dept of Justice, 950 Pennsylvania Av.

City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002 See Reverse for Instructions

**RADHAKRISHNAN Rajesh**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Tuesday, September 04, 2007 8:47 AM |
| **To:** | RADHAKRISHNAN Rajesh |
| **Subject:** | USPS Shipment Info for 7002 2030 0007 8777 9405 |

This is a post-only message. Please do not respond.

rajesh radhakrishnan has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7002 2030 0007 8777 9405

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20536 | 09/04/07 7:36am |
| Notice Left | WASHINGTON DC 20536 | 09/03/07 7:44am |
| Arrival at Unit | WASHINGTON DC 20022 | 09/03/07 7:11am |
| Acceptance | PROVIDENCE RI 02909 | 08/29/07 4:27pm |

Reminder: Track & Confirm by email

Date of email request: 08/30/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additiona
features, please visit the Frequently Asked Qu
Confirm site at http://www.usps.com/shipping/t

7002 2030 0007 8777 9405

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20536

| | | | |
|---|---|---|---|
| Postage | $ $1.31 | 0110 | |
| Certified Fee | $2.65 | 07 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | $2.15 | | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | | |
| Total Postage & Fees | $ $6.11 | 08/29/2007 | |

Sent To DIRECTOR, USCIS, ~~Dept~~

Street, Apt. No.; or PO Box No. 425 Eye St, NW

City, State, ZIP+4 Washington DC 20536

PS Form 3800, June 2002 See Reverse for Instructions