AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rajesh Radhakrishnan

V.

Chertoff et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 327S

TO: (Name and address of Defendant)

Alberto Gonzalez, Attorney General
U.S. Department of Justice
950 Pennsylvania Av., NW
Washington DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rajesh Radhakrishnan( Pro Se)
49 Ballou St
Cumberland
Rhode Island RI 02864

an answer to the complaint which is herewith served upon you, within _sixty days_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.18.07

(By) DEPUTY CLERK

CA 07 327 S

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* RAJESH RADHAKRISHNAN | TITLE Plaintiff Pro se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): Via CERTIFIED MAIL RETURN RECEIPT REQUESTED with USPS MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.45 | TOTAL $6.45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/07
Date

Rajesh Radhakrishnan
Signature of Server

49 Ballou St Cumberland RI 02864
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalez
Attorney General
U.S. Dept of Justice
950 Pennsylvania Av, NW
Washington DC
20530-0001

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 25 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7002 2030 0007 8738 0470

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

## RADHAKRISHNAN Rajesh

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Monday, September 24, 2007 5:15 AM
**To:** RADHAKRISHNAN Rajesh
**Subject:** USPS Shipment Info for 7002 2030 0007 8778 0470

This is a post-only message. Please do not respond.

rajesh radhakrishnan has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7002 2030 0007 8778 0470

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 09/24/07 4:58am |
| Notice Left | WASHINGTON DC 20530 | 09/23/07 8:05am |
| Notice Left | WASHINGTON DC 20530 | 09/23/07 5:44am |
| Arrival at Unit | WASHINGTON DC 20022 | 09/23/07 3:43am |
| Acceptance | PROVIDENCE RI 02909 | 09/18/07 1:01pm |

Reminder: Track & Confirm by email

Date of email request: 09/19/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm