AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rajesh Radhakrishnan

V.

Chertoff et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 327S

TO: (Name and address of Defendant)

Emilio T Gonzalez
Director of the U.S. Citizenship and Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
20 Massachusetts Ave, NW, Suite 402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rajesh Radhakrishnan(Pro Se)
49 Ballou St
Cumberland
Rhode Island RI 02864

an answer to the complaint which is herewith served upon you, within sixty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

9-28-07

DATE

(By) DEPUTY CLERK

Case # CA 07 327 S

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* RAJESH RADHAKRISHNAN | TITLE Plaintiff Pro se |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Via Certified MAIL RETURN RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.45 | TOTAL $6.45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/07
Date

Rajesh Radhakrishnan
Signature of Server

49 BALLOU ST CUMBERLAND RI 02864
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio Gonzalez
Director USCIS
20 Mass. Av, NW, Suite 4012
Washington DC
20528

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) DHS

C. Date of Delivery 10-3-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0710 0001 1641 9850

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**RADHAKRISHNAN Rajesh**

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Wednesday, October 03, 2007 10:26 AM
**To:** RADHAKRISHNAN Rajesh
**Subject:** USPS Shipment Info for 7007 0710 0001 1541 9850

This is a post-only message. Please do not respond.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7007 0710 0001 1541 9850

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20529 | 10/03/07 8:39am |
| Arrival at Unit | WASHINGTON DC 20022 | 10/03/07 3:30am |
| Acceptance | PROVIDENCE RI 02904 | 09/29/07 10:43am |

Reminder: Track & Confirm by email

Date of email request: 10/02/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm