IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN,<br>Plaintiff | ) | |
| V. | ) | CA 07-327S |
| MICHAEL CHERTOFF, as Secretary of<br>DEPARTMENT OF HOMELAND<br>SECURITY, ET AL.,<br>Defendants | ) | |

MOTION FOR ENLARGEMENT OF TIME

Now come the defendants, Michael Chertoff, Secretary of Department of Homeland Security, et al., by and through their attorneys, and move that the time for filing Defendants' Answer, or other responsive pleading, be enlarged up to and including December 10, 2007. Plaintiff has no objection to this Motion.

Respectfully submitted,

MICHAEL CHERTOFF, Secretary of
Department of Homeland Security, et. al.
Defendants

By their Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2007, I electronically filed the within Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice by postage prepaid mail.

Rajesh Radhakrishnan
49 Ballou Street
Cumberland, RI 02864

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U..S. Attorney