# LIST OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | USCIS Approval Notice for Rajesh Radhakrishnan's I-140 Petition, dated February 12, 2002. |
| EXHIBIT B | USCIS Receipt Notices for Rajesh Radhakrishnan and Mrs. Smitha Sankaran Nair's I-485 applications. |
| EXHIBIT C | Processing times published on USCIS website |
| EXHIBIT D | USCIS Notices for Fingerprint Appointments for Rajesh Radhakrishnan and Mrs. Smitha Sankaran Nair. |
| EXHIBIT E | USCIS Transfer Notices for Rajesh Radhakrishnan and Mrs. Smitha Sankaran Nair. |
| EXHIBIT F | Rajesh Radhakrishnan's letters seeking Congressional assistance from the office of U.S. Senator Jack Reed; and letter from Senator Jack Reed to Rajesh Radhakrishnan. |
| EXHIBIT G | FBI response to Rajesh Radhakrishnan's FOIPA(Freedom of Information Privacy Act) |
| EXHIBIT H | Letter from Senator Jack Reed to Rajesh Radhakrishnan, dated September 6, 2007. |
| EXHIBIT I | USCIS response to Rajesh Radhakrishnan's Status Request dated August 27, 2007. |
| EXHIBIT J | RFE's issued by USCIS to Rajesh Radhakrishnan and Smitha Sankaran Nair |
| EXHIBIT K | CDC Bulletin issued on March 9, 2007 |
| EXHIBIT L | USCIS response to Smitha Sankaran Nair's Status request dated September 14, 2007 |
| EXHIBIT M | Job advertisement for post of Senior Stress Analyst with Simulia Inc. |