EXHIBIT F

**RADHAKRISHNAN Rajesh**

**From:** radhakrishnan rajesh [radhakrishnan.rajesh@abaqus.com]
**Sent:** Thursday, April 05, 2007 11:04 PM
**To:** rajesh radhakrishnan
**Subject:** senator jack reed

http://reed.senate.gov/services/assistance.cfm

Sir,
My name is Rajesh and am a tax-paying, law abiding resident of Rhode Island since Feb, 2000.
I am an Indian citizen with a bachelors degree in Engineering from the prestigious Indian Institute of Technology, Madras. I obtained my masters degree in Structural Engineering from the State University of Buffalo, New York in 1999. My thesis involved using the finite element software, ABAQUS. This software was designed and developed by H.K.S. Inc (based in Rhode Island).
I joined H.K.S. Inc in Feb 2000 as a technical support engineer and am now a key member of the data services group. The company sponsored my employment based green card application and I have a priority date of 3rd April, 2000.
The third stage of my I-485 application is pending with USCIS since 11th March 2005.
It was pending with the Vermont Service Center for two years and now they have transfered my case to Texas Service Center.
The entire green card process is taking a heavy emotional toll on my family. Colleagues at work, who started their green card, years after I did, have already obtained theirs. I am getting no useful information from the USCIS about the status of my case. My case is way outside their normal processing times. My lawyer tells me to simply wait...
Myself and my wife had a daughter born here in Providence in 2004, and are proud owners of a single family home in Cumberland.
Travelling back to India to meet our parents and relatives is a major hassle with parole documents and many additional papers to prove my legal status in this country that we call our "home". I earnestly request you to help me in this regard.

Yours Sincerely
Radhakrishnan Rajesh
49 Ballou St
Cumberland 02864
Ph: 401 441 0489
==================================
I-485 application receipt # : EAC-05-116-51730 My wife's name: Smitha Sankaran Nair her receipt # : EAC-05-116-51741

EXHIBIT C

JACK REED
RHODE ISLAND

COMMITTEES

APPROPRIATIONS
ARMED SERVICES
BANKING, HOUSING, AND URBAN AFFAIRS
HEALTH, EDUCATION, LABOR, AND PENSIONS

# United States Senate

WASHINGTON, DC 20510-3903

Washington, DC:

728 Hart Senate Office Building
Washington, DC 20510-3903
(202) 224-4642

Rhode Island:

1000 Chapel View Boulevard, Suite 290
Cranston, RI 02920-5602
(401) 943-3100

One Exchange Terrace, Room 408
Providence, RI 02903-1773
(401) 528-5200

1 (800) 284-4200

TDD Relay Rhode Island
1 (800) 745-5555

http://reed.senate.gov

May 23, 2007

Mr. Rajesh Radhakrishnan
49 Ballou Street
Cumberland, RI 02864

Dear Mr. Radhakrishnan:

I am writing to you to inform you that I have sent additional correspondence to the USCIS Texas Service Center regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator