# LIST OF EXHIBITS

- EXHIBIT A : Processing times at Texas Service Center(TSC) of USCIS
- EXHIBIT B : Relevant pages from CIS Ombudsman Report to the Congress, June 2007.
- EXHIBIT C: USCIS Memo in January 2005 about expedite criteria
- EXHIBIT D : USCIS online status for plaintiff & his spouse indicating that response to Request for Evidence(RFE) has been received by USCIS