EXHIBIT C

U.S. Department of Homeland Security
970 Broad Street
Newark, NJ 07102

U.S. Citizenship and Immigration Services

January 2005

# NOTICE

## FBI Name Check Expedite Criteria

In order for USCIS to expedite an FBI Name Check request, one of the following criteria must be established:

- Military deployment must be imminent
- Age-out benefits (not covered under the provision of the Child Status Protection Act)
- Writ of Mandamus – lawsuit pending in Federal Court
- Immigration Judge cases – grant of lawful permanent residence
- Compelling reasons as provided by the requesting office (i.e. critical medical condition) assessed on a case by case basis