**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**PLAINTIFFS MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** [1]

| | | |
|---|---|---|
| **Rajesh Radhakrishnan**<br>**49 Ballou St Cumberland**<br>**RI 02864** | ) | |
| **v.** | ) | **CIVIL ACTION**<br>**NO. CA 07 327S** |
| ***Michael Chertoff***<br>**As Secretary, Department of Homeland Security**<br>**et. al.**<br>**Defendants** | ) | |

COMES NOW Plaintiff Rajesh Radhakrishnan, pro se and pursuant to F.R.C.P. 15(a) move this Court for leave to amend his complaint for the third time, and in support state as follows:

**STATEMENT OF FACTS AND REASONS**

1. Plaintiff filed the original complaint on August 29, 2007. Subsequently, Plaintiff filed the first amended complaint(primarily to add U.S. Attorney General as a defendant) on September 19, 2007. Defendants filed Motion for Extension of Time on November 9, 2007 to extend the filing of their answer up to and including December 7, 2007. Plaintiff did not oppose to the extension. On November 19, 2007, Plaintiff submitted *second amended complaint*(hereinafter "SAC") to update the honorable court on current developments in his case. Defendants did not object to the amendments and in turn requested second motion of Extension of Time upto and including December 24, 2007. Plaintiff did not oppose to the extension.
2. On December 22, 2007, the Plaintiff learnt that only the person in the Plaintiff list will be considered expedited processing by the USCIS and FBI. Plaintiff's Spouse, Smitha Sankaran Nair, (the derivative applicant) filed the I-485 application together with the original Plaintiff(primary applicant) and also has been greatly damaged, as stated in SAC, ¶ 27, 29, 42, 43, 45. Therefore the need to add Plaintiffs spouse as a plaintiff in the complaint.
3. The Department of State(DOS) issued two visa bulletins on December 10, 2007(January Bulletin) and January 7, 2008(February Bulletin). The priority date for I-485 applicants from India in the EB2 category retrogressed to January 2002 to January 2000 in the January bulletin and has become unavailable in the February Bulletin. Plaintiff is an EB2 applicant

1 Plaintiff notes that this Amended Complant includes verbatim items and claims from the second amended complaint. However, in the interest of having a comprehensive Complaint that states all relevant claims and issues in one document, those counts and claims have been repeated herein. In essence, Plaintiff has re-set the same arguments previously presented in one unified document.

from India and has a priority date of April 3, 2000 and is affected by these developments. Subsequently, in order to compel USCIS to adjudicate his application **after the completion of the FBI namechecks**, plaintiff will also need to add the Department of State as a defendant.

4. Rule 15 of F. R. C. P. provides that leave to amend "shall be freely given when justice so requires." According to the Supreme Court, " This mandate is to be heeded." *Furnan v. Davis,* 371 U.S. 178, 182 (1962). "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Id.

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I filed the Motion for leave to file Third Amended Complaint with the Clerk of the United States District of Rhode Island and a copy has been forwarded by certified mail, postage prepaid, to the Defendants' Counsel at:

Robert Clark Corrente,
United States Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor,
Providence
RI 02903

Rajesh Radhakrishnan

Rajesh Radhakrishnan
49 Ballou St
Cumberland
RI 02864 USA
Ph: 401 441 0485
Email: radhakrishnan.rajesh@gmail.com