Exhibit H

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>EAC-05-116-51741 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIPT DATE<br>March 18, 2005 | PRIORITY DATE | APPLICANT A098 898 802<br>SANKARAN NAIR, SMITHA | |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | | |

SMITHA SANKARAN NAIR
49 BALLOU STREET
CUMBERLAND RI 02864

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage http://www.uscis.gov/graphics/index.htm, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**

EXHIBIT E

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>EAC-05-116-51730 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIPT DATE<br>March 18, 2005 | PRIORITY DATE | APPLICANT A098 898 803<br>RADHAKRISHNAN, RAJESH | |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | | |

RAJESH RADHAKRISHNAN
49 BALLOU STREET
CUMBERLAND RI 02864

**Notice Type: Transfer Notice**

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage http://www.uscis.gov/graphics/index.htm, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**