CDC SAFER · HEALTHIER · PEOPLE™

Exhibit K

# Global Migration and Quarantine

## Updates on the Medical Examination of Aliens (Refugees and Immigrants)

### Update: Required Evaluation by Civil Surgeons for Tuberculosis (TB)

Posted March 9, 2007

**Tuberculin skin test (TST) is required for all applicants 2 years of age or older.**

The *Technical Instructions for the Medical Examination of Aliens in the United States, June 1991* provided by the Division of Global Migration and Quarantine of the Centers for Disease Control and Prevention (CDC) **state that all applicants 2 years of age or older are required to have a tuberculin skin test (TST) to determine whether the applicant is infected with *Mycobacterium tuberculosis* (TB).** For applicants with a skin test reaction of 5 mm or greater, a chest radiograph is required.

1. **Are there any situations in which the tuberculin skin test is not required for an applicant 2 years of age or older?**

   There are two situations in which the TST is not required. Applicants providing written documentation (with a health-care provider's signature) of a TST reaction of 5 mm or greater of induration or applicants who have a history of a severe reaction with blistering to a prior TST may be excluded from this requirement. Applicants in these two groups must undergo a chest radiograph. A verbal history from the applicant of a positive TST reaction is not acceptable.

2. **Should a tuberculin skin test (TST) be administered if a BCG vaccine has been given in the past?**

   Yes. Because many BCG-vaccinated applicants have lived in areas where TB transmission is common, the civil surgeon must perform the TST on all applicants, regardless of a history or evidence of BCG vaccination, unless one of the two exceptions to TST

EXHIBIT K



administration noted in question #1 above exists.

3. **How should the civil surgeon interpret the tuberculin skin test (TST) if the applicant has received BCG in the past?**

   There is no way to distinguish TST reactions caused by BCG vaccination from those caused by natural infection. Because many BCG-vaccinated applicants have lived in areas of the world where TB transmission frequently occurs, the civil surgeon should perform a chest radiograph on all such applicants who have a skin test reaction of 5 mm or greater of induration.

## Update: Information on Td Shortage

The supply of adult tetanus and diphtheria toxoids (Td) should now be sufficient to administer the vaccine to applicants applying in the United States for adjustment of status or permanent resident status, who require Td as recommended by the U.S. Advisory Committee on Immunization Practices (ACIP) [detailed at **http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5124a5.htm** (http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5124a5.htm) ]. Now that Td is available to permit the resumption of the routine schedule, civil surgeons should review the vaccination of applicant applying for adjustment of status and administer Td as appropriate.The automatic waiver for Td vaccination that has been in effective from February 1, 2001, through October 31, 2002, will not be extended.

## Update: Clarification of panel physician (overseas) medical screening recommendations for applicants younger than 15 years of age

Posted December 12, 2006

Concerning the medical screening by panel physicians of applicants younger than 15 years of age, the following guidelines should be followed:

- Each applicant undergoing screening must have a chest X-ray if he or she has a history of tuberculosis (TB) disease, has signs or symptoms of TB, or has possible exposure to TB disease (such as having been in contact with a family or household member with possible TB disease).
- Routine tests are necessary if there are reasons to believe possible infections exist (such as having a parent or parents known to have HIV or syphilis infection).
- The panel physician should use his/her discretion in determining the need for testing for infections such as TB, HIV, or syphilis if the medical history of the mother or parents is unknown (such as in an orphan or child from a group home).

## Update: Action To Be Taken by Civil Surgeons Due to the Measles-Mumps-Rubella (MMR) and Varicella Vaccine Shortages