EXHIBIT M

SIMULIA

About SIMULIA | Dassault Systèmes | Search

Solutions Products Services Support Academics Alliances News Events Locations

**ABOUT**

**Careers**

View All Jobs

Apply Now

Member Area

Benefits

Management

# Career Center

Senior Stress Analyst

**Category:** Domestic

**Description:** The SIMULIA eastern regional office provides marketing and technical support for the Abaqus finite element software program as well as consulting and analysis services in the Northeast and Mid-Atlantic. We have an immediate opening for a Senior Stress Analyst in the Philadelphia, PA, area. Responsibilities for this position include:

- Training and mentoring users
- Conducting users meetings
- Developing solution methods

**Requirements:**

- US Citizen or Permanent Resident (Green Card)
- MS degree in an engineering field related to stress analysis
- Five years of experience in finite element based stress analysis and simulation
- Excellent spoken and written language skills

SIMULIA is an EEO/AA employer.

**Location** Philadelphia , PA

**Minimum Experience (yrs):** 5+

**Required Education:** MS

[redacted]

Return to search results Email this job to a friend

**Logged in members may also add jobs to their job cart*

© Dassault Systèmes, 2004, 2007 - All Rights Reserved / Privacy Policy

EXHIBIT M

SIMULIA



# Career Center

Senior Stress Analyst

**Category:** Domestic

**Description:** The SIMULIA eastern regional office provides marketing and technical support for the Abaqus finite element software program as well as consulting and analysis services in the Northeast and Mid-Atlantic. We have an immediate opening for a Senior Stress Analyst in the Philadelphia, PA, area. Responsibilities for this position include:

- Training and mentoring users
- Conducting users meetings
- Developing solution methods

**Requirements:**

- US Citizen or Permanent Resident (Green Card)
- MS degree in an engineering field related to stress analysis
- Five years of experience in finite element based stress analysis and simulation
- Excellent spoken and written language skills

SIMULIA is an EEO/AA employer.

**Location** Philadelphia , PA

**Minimum Experience (yrs):** 5+

**Required Education:** MS

Apply now

Return to search results Email this job to a friend

**Logged in members may also add jobs to their job cart*

© Dassault Systèmes, 2004, 2007 - All Rights Reserved / Privacy Policy