EXHIBIT – P

CLOSED, TYPE-D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02268-RJL

KOVURI v. RICE et al
Assigned to: Judge Richard J. Leon
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 12/19/2007
Date Terminated: 01/15/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**JAYASEKHAR KOVURI**

represented by **Aron Avigdor Finkelstein**
MURTHY LAW FIRM
10451 Mill Run Circle
Suite 100
Owing Mills, MD 21117
(410) 356-5440
Fax: (410) 356-5669
Email: aron@murthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CONDOLEEZZA RICE**
*Secretary of State of the United States*

represented by **Robin Michelle Meriweather**
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7198
Fax: (202) 514-8780
Email: robin.meriweather2@usdoj.gov
*LEAD ATTORNEY*

**Defendant**

**MICHAEL B. MUKASEY**
*Attorney General of the United States*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**ROBERT S. MUELLER, III**
*Director, Federal Bureau of Investigation*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**EMILIO T. GONZALEZ**
*Director, U.S. Department of Homeland Security*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**PAUL E. NOVAK, JR.**
*Director, Vermont Service Center, U.S. Department of Homeland Security*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**EVELYN C. UPCHURCH**
*Director, Texas Service Center, U.S. Department of Homeland Security, in their official capacity as well as their successors and assigns.*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2007 | 1 | COMPLAINT against CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH ( Filing fee $ 350, receipt number 4616009087) filed by JAYASEKHAR KOVURI. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Civil Cover Sheet)(tg, ) Modified on 1/3/2008 (lc, ). (Entered: 12/20/2007) |
| 12/19/2007 | 2 | MOTION for Preliminary Injunction, MOTION for Summary Judgment by JAYASEKHAR KOVURI (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(tg, ) (Entered: 12/20/2007) |
| 12/19/2007 | | Summons (7) Issued as to CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH (tg, ) Modified on 1/3/2008 (lc, ). (Entered: 12/20/2007) |
| 12/20/2007 | | Set/Reset Hearings: Status Conference set for 1/2/2008 11:00 AM in Courtroom 18 before Judge Richard J. Leon. A briefing schedule on 2 MOTION for Preliminary Injunction, MOTION for Summary Judgment by |

| | | |
|---|---|---|
| | | JAYASEKHAR KOVURI will be set at 1/2/2008 Status Conference. (lcrjl2, ) (Entered: 12/20/2007) |
| 12/21/2007 | 3 | STANDING ORDER. Signed by Judge Richard J. Leon on 12/21/2007. (CMcP, ) (Entered: 12/21/2007) |
| 12/21/2007 | 4 | NOTICE of Appearance by Robin Michelle Meriweather on behalf of all defendants (Meriweather, Robin) (Entered: 12/21/2007) |
| 12/27/2007 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General December 20, 2007. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. MICHAEL B. MUKASEY served on 12/20/2007, answer due 2/19/2008 (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CONDOLEEZZA RICE served on 12/20/2007, answer due 2/19/2008. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ROBERT S. MUELLER, III served on 12/20/2007, answer due 2/19/2008. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to EMILIO T. GONZALEZ served on 12/20/2007, answer due 2/19/2008. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to PAUL E. NOVAK, JR served on 12/20/2007, answer due 2/19/2008. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/27/2007 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to EVELYN C. UPCHURCH served on 12/20/2007, answer due 2/19/2008. (Finkelstein, Aron) (Entered: 12/27/2007) |
| 12/28/2007 | 12 | MEMORANDUM re 2 MOTION for Preliminary Injunction MOTION for Summary Judgment filed by JAYASEKHAR KOVURI by JAYASEKHAR KOVURI. (Finkelstein, Aron) (Entered: 12/28/2007) |
| 01/02/2008 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 1/2/2008.Defendant's motions due by 1/23/2008., Plainitff's responses due by 1/28/2008. Motion Hearing set for 2/4/2008 02:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (whb) (Entered: 01/03/2008) |
| 01/09/2008 | 13 | STIPULATION of Dismissal by JAYASEKHAR KOVURI, CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH. (Meriweather, Robin) (Entered: 01/09/2008) |

EXHIBIT- P

CLOSED, TYPE-D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02299-RJL

SRINIVASAN v. RICE et al
Assigned to: Judge Richard J. Leon
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 12/21/2007
Date Terminated: 01/15/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ANAND SRINIVASAN**

represented by **Aron Avigdor Finkelstein**
MURTHY LAW FIRM
10451 Mill Run Circle
Suite 100
Owing Mills, MD 21117
(410) 356-5440
Fax: (410) 356-5669
Email: aron@murthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CONDOLEEZZA RICE**
*Secretary of State of the United States, in her official capacity as well as her successors and assigns*

represented by **Robin Michelle Meriweather**
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7198
Fax: (202) 514-8780
Email: robin.meriweather2@usdoj.gov
*LEAD ATTORNEY*

**Defendant**

**MICHAEL B. MUKASEY**
*Attorney General of the United States, in his official capacity as well as his*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

*successors and assigns*

**Defendant**

**ROBERT S. MUELLER, III**
*Director, Federal Bureau of Investigaton, in his official capacity, as well as his successors and assigns*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**EMILIO T. GONZALEZ**
*Director, U.S. Department of Homeland Security, U.S. Citizen and Immigration Services, in his official capacity, as well as his successors and assigns*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**PAUL E. NOVAK, JR.**
*Director, Vermont Service Center, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**EVELYN C. UPCHURCH**
*Director, Texas Service Center, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, in her official capacity as well as her successors and assigns*

represented by **Robin Michelle Meriweather**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | 1 | COMPLAINT against CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH ( Filing fee $ 350, receipt number 4616009140) filed by ANAND SRINIVASAN. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet)(jf, ) Modified on 1/2/2008 to correct receipt number (td, ). (Entered: 12/28/2007) |
| 12/21/2007 | | SUMMONS (7) Issued as to CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 12/28/2007) |

| | | |
|---|---|---|
| 12/21/2007 | 2 | NOTICE OF RELATED CASE by ANAND SRINIVASAN. Case related to Case No. 07-2268. (jf, ) (Entered: 12/28/2007) |
| 12/21/2007 | 3 | MOTION for Preliminary Injunction, MOTION for Summary Judgment by ANAND SRINIVASAN (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit D - Part 2# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Text of Proposed Order # 11 Text of Proposed Order)(jf, ) (Entered: 12/28/2007) |
| 12/28/2007 | 4 | NOTICE of Appearance by Robin Michelle Meriweather on behalf of all defendants (Meriweather, Robin) (Entered: 12/28/2007) |
| 12/29/2007 | | Set/Reset Hearings: Status Conference set for 1/2/2008 11:00 AM in Courtroom 18 before Judge Richard J. Leon. This Status Conference will be held in conjunction with the status conference in Kovuri v. Rice, 07cv2268, on 1/2/2008. A briefing schedule on 3 MOTION for Preliminary Injunction, MOTION for Summary Judgment by ANAND SRINIVASAN will be set at the 1/2/2008 Status Conference. (lcrjl2, ) (Entered: 12/29/2007) (Entered: 12/29/2007) |
| 01/02/2008 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 1/2/2008.Defendant's motions due by 1/23/2008., Plainitff's responses due by 1/28/2008. Motion Hearing set for 2/4/2008 02:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (whb) (Entered: 01/03/2008) |
| 01/09/2008 | 5 | STIPULATION of Dismissal by ANAND SRINIVASAN, CONDOLEEZZA RICE, MICHAEL B. MUKASEY, ROBERT S. MUELLER, III, EMILIO T. GONZALEZ, PAUL E. NOVAK, JR, EVELYN C. UPCHURCH. (Meriweather, Robin) (Entered: 01/09/2008) |

## PACER Service Center

**Transaction Receipt**

01/16/2008 10:04:17

| | | | |
|---|---|---|---|
| **PACER Login:** | rr2912 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-02299-RJL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |