EXHIBIT - A

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-02-062-50483 | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>December 13, 2001 / PRIORITY DATE<br>April 3, 2000 | PETITIONER<br>HIBBITT KARLSON SORENSEN |
| NOTICE DATE<br>February 12, 2002 / PAGE<br>1 of 1 | BENEFICIARY<br>RADHAKRISHNAN, RAJESH |

MARK L. GALVIN ESQ
LAW OFFICES OF MARK L GALVIN
84 SHIP STREET
PROVIDENCE RI 02903

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg,or of Exceptn'l Ability Sec.203(b)(2)

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is (603) 334-0700. Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913