EXHIBIT H

JACK REED
RHODE ISLAND

COMMITTEES

APPROPRIATIONS
ARMED SERVICES
BANKING, HOUSING, AND URBAN AFFAIRS
HEALTH, EDUCATION, LABOR, AND PENSIONS

# United States Senate

WASHINGTON, DC 20510-3903

Washington, DC:

728 Hart Senate Office Building
Washington, DC 20510-3903
(202) 224-4642

Rhode Island:

1000 Chapel View Boulevard, Suite 290
Cranston, RI 02920-5602
(401) 943-3100

One Exchange Terrace, Room 408
Providence, RI 02903-1773
(401) 528-5200

1 (800) 284-4200

TDD Relay Rhode Island
1 (800) 745-5555

http://reed.senate.gov

September 6, 2007

Mr. Rajesh Radhakrishnan
49 Ballou Street
Cumberland, RI 02864

Dear Mr. Radhakrishnan:

I am writing to you to inform you that I have sent additional correspondence to USCIS Texas Service Center regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER