EXHIBIT J

**U.S. Department of Homeland Security**
P.O. Box 852381
Mesquite, Texas 75185-2381

U.S. Citizenship and Immigration Services

Date: October 9, 2007

Mark L. Galvin, Esq.
84 Ship St
Providence, RI 02903

Applicant: Smitha Sankaran Nair
Form Type: I-485 Application to Adjust Status
File #: EAC-05-116-51741 / A-98 898 802

## REQUEST FOR EVIDENCE

This office is unable to complete the processing of your application without further information. Please read and comply with the request below, then submit the evidence to the above address. Include a copy of this letter and place the attached gold sheet on top of your documents.

The medical examination (Form I-693) contained in your Service file does not indicate that the required **Tuberculin skin test** was conducted. You should return to the civil surgeon who first examined you (or another civil surgeon authorized by this Service) to properly complete the Form I-693 medical examination to include the required tuberculin skin test.

The *Technical Instructions for the Medical Examination of Aliens in the United States, June 1991*, provided by the Centers for Disease Control and Prevention (CDC), state that **every applicant 2 years of age or older is required to have a tuberculin skin test to determine whether the applicant has been infected with *Mycobacterium tuberculosis*.** Tuberculin skin testing may be waived for applicants 2 years of age and older only under specific conditions. For additional information regarding the tuberculin skin test, please see CDC's website at: http://www.cdc.gov/ncidod/dq/updates.htm

Please note that some published Form I-693 instructions contain errors regarding exceptions to tuberculosis testing. The information provided in this document and at the CDC website is correct.

To receive information about civil surgeons in your area, please inquire at your local Service (CIS) office or call the National Customer Service Center at 1-800-375-5283. Information on medical examinations and civil surgeon listings may also be found online at www.uscis.gov. Click on search, type in "civil surgeon," and a variety of information will be displayed.

To receive information about civil surgeons in your area, please inquire at your local Service (CIS) office or call the National Customer Service Center at 1-800-375-5283. Information on medical examinations and civil surgeon listings may also be found online at www.uscis.gov. Click on search, type in "civil surgeon," and a variety of information will be displayed.

IMPORTANT WARNING: Only a designated civil surgeon is able to complete your medical examination and Form I-693. The civil surgeon should sign and date the Form I-693 when the changes and/or additions are made. When appropriately completed, the ORIGINAL Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must bear the clinic/physician's stamp or signature across the flap and be returned, unopened, to this office, along with any other requested evidence.

You must submit the requested information within 30 days from the date of this letter. Failure to do so may result in the denial of your application.

Sincerely,

David L. Roark, Director
Texas Service Center

Officer # 438

U.S. Department of Homeland Security
P.O. Box 852381
Mesquite, Texas 75185-2381

U.S. Citizenship
and Immigration
Services

Date: October 9, 2007

Mark L. Galvin, Esq.
84 Ship St
Providence, RI 02903

Applicant: [redacted]
Form Type: I-485 Application to Adjust Status
File #: EAC-05-116-51730 / A-98 898 803

## REQUEST FOR EVIDENCE

This office is unable to complete the processing of your application without further information. Please read and comply with the request below, then submit the evidence to the above address. Include a copy of this letter and place the attached gold sheet on top of your documents.

- Please submit a current employment letter. This letter should be on company letterhead and should attest to your job-offer or continued employment. This letter should also state your level of compensation.

- The medical examination (Form I-693) contained in your Service file does not indicate that the required **Tuberculin skin test** was conducted. You should return to the civil surgeon who first examined you (or another civil surgeon authorized by this Service) to properly complete the Form I-693 medical examination to include the required tuberculin skin test.

The *Technical Instructions for the Medical Examination of Aliens in the United States, June 1991,* provided by the Centers for Disease Control and Prevention (CDC), state that **every applicant 2 years of age or older is required to have a tuberculin skin test to determine whether the applicant has been infected with *Mycobacterium tuberculosis.*** Tuberculin skin testing may be waived for applicants 2 years of age and older only under specific conditions. For additional information regarding the tuberculin skin test, please see CDC's website at: http://www.cdc.gov/ncidod/dq/updates.htm

Please note that some published Form I-693 instructions contain errors regarding exceptions to tuberculosis testing. The information provided in this document and at the CDC website is correct.

To receive information about civil surgeons in your area, please inquire at your local Service (CIS) office or call the National Customer Service Center at 1-800-375-5283. Information on medical examinations and civil surgeon listings may also be found online at www.uscis.gov. Click on search, type in "civil surgeon," and a variety of information will be displayed.

IMPORTANT WARNING: Only a designated civil surgeon is able to complete your medical examination and Form I-693. The civil surgeon should sign and date the Form I-693 when the changes and/or additions are made. When appropriately completed, the ORIGINAL Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must bear the clinic/physician's stamp or signature across the flap and be returned, unopened, to this office, along with any other requested evidence.

You must submit the requested information within 30 days from the date of this letter. Failure to do so may result in the denial of your application.

Sincerel

Da Roark. ctor
Te Service r

Off