**From**

**Rajesh Radhakrishnan**
**49 Ballou St**
**Cumberland**
**Rhode Island 02864**

**To**

**The Honorable William E Smith, U.S.D.J.**
**Federal Building and Courthouse**
**One Exchange Terrace**
**Providence,**
**Rhode Island 02903**

**Re: Radhakrishnan v Chertoff, et. al.**
**Civil Action 07 327 S**

Honorable Judge Smith:

Kindly accept this letter as Plaintiffs reply in further support of his Opposition to Defendants Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1). The lynchpin of Defendants Motion to Dismiss is the decision of Judge T.S. Ellis in Safadi v. Howard, 466 F. Supp. 2d. (E.D. Va. 2006). Further, this Court(without extensive analysis) in Rogatch v Chertoff, 2007 WL 1160358(D.R.I. April 2007) cited Safadi when it came to the conclusion that it lacked subject matter jurisdiction to hear Plaintiff's APA claim because the pace of the adjudication is discretionary.

On January 25, 2008, Judge Leonie M Brinkima of the Eastern District Court of Virginia(same court as Safadi) filed an unpublished opinion in Aslam v Mukasey, 07-CV331 (LMB/BRP) denying Defendants Motion to Dismiss on the identical issue. The Aslam case addressed the identical facts and legal issues raised in the present matter, and thoroughly analyzed – and rejected – the analysis of Judge Ellis of the same Court in Safadi.

On January 11, 2008, Judge Michael M. Baylson of the Eastern District Court of Pennsylvania consolidated several cases in which plaintiffs alleged improper and unnecessary delays(due to pending FBI namechecks) in their immigration process and observed that:

> *The entire pattern of the government conduct in these cases, including the way USCIS is handling the matters, and the Justice Department is briefing them, allows the unfortunate inference that judges and the judicial process are being used as tools to further delay, and obfuscation of the real reasons for delay on these petitions.*

Amongst the cases Judge Baylson consolidated was Jean Eliassaint(07-4747); Plaintiff seeked to adjust his status pursuant to section 245 of the Immigration and Nationality Act (8 U.S.C. § 1255) like Plaintiff Rajesh Radhakrishnan in instant complaint.

Defendants Motion to Dismiss in the present matter does not raise any issues not already addressed in, or preempted by the Aslam. Accordingly, as Aslam is directly on point, Plaintiff respectfully requests his Court to follow their decision and to overrule

Defendants Motion to Dismiss, establish a discovery schedule and direct Defendants to answer Plaintiffs Complaint. Accordingly, Defendants Motion must be denied.

Respectfully submitted,

Rajesh Radhakrishnan

**Rajesh Radhakrishnan**
**January 28, 2008**

**Attachments:**

1. Opinion of Aslam v Mukasey,
   No 07CV-331, Eastern District of Virginia, 25 January, 2008.
2. Opinion of Mocanu v Mueller(No. 07-0445),Eliassaint v USCIS(07-4747)
   Eastern District of Pennsylvania, 11 January, 2008.

**cc:**
Robert Clark Corrente(via regular mail)
United States Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor,
Providence
RI 02903