EXHIBIT D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

**THE UNITED STATES OF AMERICA**

# Fingerprint Notification

| | | | |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | NOTICE DATE<br>03/24/2005<br>USCIS A#<br>A098898802 |
| APPLICATION NUMBER<br>EAC0511651741 | CODE<br>3 | SERVICE CENTER<br>ESC | PAGE<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
SMITHA SANKARAN NAIR
182 HILLSIDE AVENUE 2
PAWTUCKET, RI 02860

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS PROVIDENCE, RI
105 Sockanosset Cross Rd
Suite 210
Cranston, RI 02920

**DATE AND TIME OF APPOINTMENT**
05/11/2005
8:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PROVIDENCE, RI
105 Sockanosset Cross Rd
Suite 210
Cranston, RI 02920

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
EAC0511651741

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

EXHIBIT D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

**THE UNITED STATES OF AMERICA**

# Fingerprint Notification

| | | | |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | NOTICE DATE<br>03/24/2005 |
| | | | USCIS A#<br>A098898803 |
| APPLICATION NUMBER<br>EAC0511651730 | CODE<br>3 | SERVICE CENTER<br>ESC | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAJESH RADHAKRISHNAN
182 HILLSIDE AVENUE 2
PAWTUCKET, RI 02860

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PROVIDENCE, RI<br>105 Sockanosset Cross Rd<br>Suite 210<br>Cranston, RI 02920 | 05/11/2005<br>8:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PROVIDENCE, RI
105 Sockanosset Cross Rd
Suite 210
Cranston, RI 02920

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
EAC0511651730

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

EXHIBIT D

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER<br>EAC0511651730 | | NOTICE DATE<br>4/19/2007 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A098898803 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

RAJESH RADHAKRISHNAN
49 BALLOU STREET
CUMBERLAND, RI 02864

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
**USCIS PROVIDENCE, RI**
105 Sockanosset Cross Rd
Suite 210
Cranston, RI 02920

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
05/05/2007
10:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS PROVIDENCE, RI, 105 Sockanosset Cross Rd, Suite 210, Cranston, RI 02920

APPLICATION NUMBER 1
I485 - EAC0511651730

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **ASC Appointment Notice** | APPLICATION NUMBER<br>EAC0511651741 | | NOTICE DATE<br>5/24/2007 |
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A098898802 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

SMITHA SANKARAN NAIR
49 BALLOU STREET
CUMBERLAND, RI 02864

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS PROVIDENCE, RI
105 Sockanosset Cross Rd
Suite 210
Cranston, RI 02920

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
06/14/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS PROVIDENCE, RI, 105 Sockanosset Cross Rd, Suite 210, Cranston, RI 02920

APPLICATION NUMBER 1
I485 EAC0511651741

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*