EXHIBIT I

U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

U.S. Citizenship and Immigration Services

Monday, August 27, 2007

RAJESH RADHAKRISHNAN
49 BALLOU ST
CUMBERLAND RI 02864

Dear Rajesh Radhakrishnan:

On 07/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | Applicant or Petitioner |
| Attorney Name: | Information not available |
| Case type: | I485 |
| Filing date: | 03/11/2005 |
| Receipt #: | EAC-05-116-51730 |
| Beneficiary (if you filed for someone else): | Information not available |
| Your USCIS Account Number (A-number): | A098898803 |
| Type of service requested: | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

XM0343

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.