DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN, SMITHA SANKARAN NAIR, Plaintiffs | ) | |
| v. | ) | C.A. No. 07-327S |
| MICHAEL CHERTOFF, as Secretary of DEPARTMENT OF HOMELAND SECURITY, ET AL., Defendants | ) | |

MOTION FOR ENLARGEMENT OF TIME

Now come Defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzales, Director of the Federal Bureau of Investigation; Evelyn Upchurch, Director, Texas Service Center, United States Citizenship and Immigration Services; Michael Mukasey, Attorney General of the United States, by and through their attorneys, and move that the time for filing defendant's Answer to plaintiffs' Third Amended Complaint be enlarged up to and including April 30, 2008. As grounds for this motion, defendants state that plaintiffs' Third Amended Complaint (Dckt. No. 19) differs from the proposed Third Amended Complaint that plaintiff filed with his January 18, 2008 Motion for Leave To File Third Amended Complaint (Dckt. No. 14). Plaintiffs' Third Amended Complaint as filed on February 27, 2008, raises new factual allegations and seeks relief not previously identified by plaintiff. Indeed, the February 27, 2008, Third Amended Complaint includes seven counts and is thirty pages long, whereas the earlier proposed Third Amended Complaint includes five counts and is twenty pages long.

In his Second Amended Complaint, plaintiff sought an order from the Court compelling defendants to expedite his and his spouse's Form I-485 adjustment of status applications by completing his FBI name check immediately. Defendants moved to dismiss pursuant to Fed. R.

Civ. P. 12(b)(1) because the Court lacks subject matter jurisdiction over the pace of the I-485 adjustment process. Plaintiffs now allege in their revised Third Amended Complaint that on February 4, 2008, USCIS issued new policy guidance that USCIS will conditionally adjudicate all I-485 applications pending for more than 180 days, whether or not name check results have been received. Plaintiffs ask the Court to compel the Department of State to release visa numbers for him and his spouse, and, for the first time, Plaintiffs ask the Court to compel USCIS to "grant a backdated Green Card." Plaintiffs also assert a claim for equitable estoppel for the first time. Defendants reasonably request an additional forty-five days to evaluate the effect, if any, that USCIS's February policy modification will have on the jurisdictional issues in this case and to assess Plaintiff's new claims for relief. Defendants note that the Department of State, a new party to this litigation, has yet to be served and that its answer or other response will not be due for sixty days.

Respectfully submitted,

MICHAEL CHERTOFF, Secretary of
Department of Homeland Security, et. al.
Defendants

By their Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of February, 2008, I electronically filed the within Reply Memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice by postage prepaid mail.

Rajesh Radhakrishnan
49 Ballou Street
Cumberland, RI 02864

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney