Case 07 - 327 S

Cumberland
Rhode Island

# AFFADAVIT

I, Rajesh Radhakrishnan, after being duly sworn, do hereby state and affirm that:

1. Iam a citizen of India, aged 32 years, and Iam competent to testify to the facts herein

2. I reside at 49 Ballou St. Cumberland, 02864.

3. I filed my Form I-485 Application to adjust status pursuant to § 245 of the Immigration And Nationality Act("INA"), 8 U.S.C. § 1255 on March 11, 2005.

4. My Form I-485, Application for adjustment has been pending since March 11, 2005 and I have completed all steps and complied with all U.S. Citizenship and Immigration Service("USCIS") requests regarding my case.

5. I have made numerous requests regarding the status of my delayed I-485 application including:
   a. Contacting the USCIS National Customer Service line on several occasions
   b. Contacting Senator Jack Reed of Rhode Island
   c. Making official enquiries through several INFOPASS appointments with the USCIS
   d. Initiating case status service requests with USCIS.

6. Despite these repeated attempts, and a delay of over three years, my I-485 Application has not been adjudicated by USCIS.

7. I spoke to Immigration Officer E Norberg employed by USCIS, Providence on February 7, 2008 during a INFOPASS appointment. She told me that my application was preadudicated under review as of November1, 2007. On March 17, 2007, I attended another INFOPASS appointment and the same officer Norberg refused to comment on the status of my application. Officer Norberg indicated that I need to contact Texas Service Center by Mail to know the status of my application. I reminded her about my application being preadjudicated and she indicated that thousands of application have been preadjudicated by USCIS and there is no guaranteee that USCIS will adjudicate my application in April 2008.

8. Visa numbers were available to Plaintiffs for most part from March 2005 to December 2007. Pursuant to the December 2008 Visa bulletin, issued by the U.S. Department of State, the priority date for EB-2 immigrant visas for Indian Nationals was 1 January, 2002. My priority date for my EB-2 visa is April 3, 2000, which means that my case could have been approved by USCIS if FBI namechecks were complete by then. Subsequently, visa numbers in my category retrogressed to

January 1, 2000 in January 2008 Visa bulletin. Visa numbers in my category were unavailable since February 1, 2008.

9. Pursuant to the April 2008 Visa bulletin, issued by the U.S. Department of State, the priority date for EB-2 immigrant visas for Indian Nationals is 1 December, 2003. My priority date for my EB-2 visa is April 3, 2000, which means that my case could be approved at this time by USCIS.

10. USCIS delay in adjudicating my I-485 application is preventing me from becoming a lawful permanent resident and eventually, a U.S. Citizen.

11. USCIS delay in adjudicating my I-485 application is causing me and my family emotional stress. Our future in this country is uncertain and our life's are in a state of limbo.

12. USCIS delay in adjudicating my I-485 application is causing financial losses for me and my family. We need to apply for advance parole and employment authorizations to maintain legal status and travel abroad to meet family in India. I am unable to advance in my career due to lack of a Green Card.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: Rajesh Radhakrishnan

Rajesh Radhakrishnan

NOTARY PUBLIC

My Commission Expires August 6, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I filed my Affadavit(duly notarized) with the Clerk of the United States District of Rhode Island and a copy has been forwarded by certified mail, postage prepaid, to the Defendants' Counsel at:

Robert Clark Corrente,
United States Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor,
Providence
RI 02903

Rajesh Radhakrishnan

Rajesh Radhakrishnan
49 Ballou St
Cumberland
RI 02864 USA
Ph: 401 441 0485
Email: radhakrishnan.rajesh@gmail.com