DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN,<br>Plaintiff<br><br>v.<br><br><br>MICHAEL CHERTOFF, as Secretary of<br>DEPARTMENT OF HOMELAND<br>SECURITY, ET AL.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>C.A. No. 07-327S |

**ASSENTED-TO MOTION THAT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER BE WITHDRAWN AS MOOT**

Defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzales, Director of United States Citizenship and Immigration Services; Robert Mueller, Director of the Federal Bureau of Investigation; Evelyn Upchurch, Director of the Texas Service Center, United States Citizenship and Immigration Services; Robert Mukasey, Attorney General of the United States; and Condoleezza Rice, Secretary of State, by and through their undersigned counsel, move that plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (Dckt. No. 21) be withdrawn as moot.

On March 24, 2008, plaintiffs filed a motion for preliminary injunction and temporary restraining order in which plaintiffs asked the Court to "require that this court enjoin Defendants [Department of State] from releasing two (2) visa numbers from the EB-2 Category for nationals from India and order that these immigrant visas be reserved for Plaintiffs adjustment applications." (Dckt. No. 21, at 1.) In addition, plaintiffs requested that the Court "require that Defendants USCIS state if they can adjudicate Plaintiffs application on April 2008 in light of their policy change memo dated February 4, 2008." (Id.) On April 1, 2008, visas numbers

became available in the ordinary course, and the United States Citizenship and Immigration Services favorably adjudicated plaintiffs' adjustment of status applications. (See I-797C Notice attached hereto.) Therefore, the parties agree that plaintiffs' motion for injunctive relief (Dckt. No. 21) is moot and should be withdrawn.

Plaintiffs assent to this motion.

Respectfully submitted,

MICHAEL CHERTOFF, Secretary of
Department of Homeland Security, et. al.
Defendants

By their Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2008, I electronically filed the within Assented-to Motion That Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order Be Withdrawn as Moot with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice by postage prepaid mail.

Rajesh Radhakrishnan
49 Ballou Street
Cumberland, RI 02864

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney