UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN, et. al. | : | |
| | : | |
| v. | : | C.A. No. 07-327S |
| | : | |
| MICHAEL CHERTOFF, et. al. | : | |

**MEMORANDUM AND ORDER**

In this matter, Plaintiffs seek an adjustment of their immigration status to lawful permanent resident. On March 24, 2008, Plaintiffs filed a Motion for Preliminary Injunction and Temporary Restraining Order. (Document No. 21). The Motion sought to restrain Defendants "from assigning visa numbers available to Plaintiffs to another immigrant visa applicant." Document No. 21 at 1. On April 9, 2008, Defendants filed an Assented-to Motion That Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order be Withdrawn as Moot. The Motion stated that on April 1, 2008, Plaintiffs were assigned visa numbers, and the United States Citizenship and Immigration Services "favorably adjudicated [their] adjustment of status applications." Document No. 22 at 2. Accordingly, by agreement, Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (Document No. 21) is DENIED.

Further, Plaintiffs shall, on or before April 24, 2008, file a written response to this Order which shows cause as to why the Court should not recommend to Judge Smith that Plaintiffs' Third Amended Complaint be DISMISSED WITH PREJUDICE as moot in light of the fact that their applications were favorably adjudicated.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
April 10, 2008