DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN and SMITHA SANKARAN NAIR Plaintiffs | ) | |
| v. | ) | C.A. No. 07-327S |
| MICHAEL CHERTOFF, as Secretary of DEPARTMENT OF HOMELAND SECURITY, ET AL., Defendants | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Rajesh Radhakrishnan and Smitha Sankaran Nair and defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzales, Director of United States Citizenship and Immigration Services; Robert Mueller, Director of the Federal Bureau of Investigation; Evelyn Upchurch, Director of the Texas Service Center, United States Citizenship and Immigration Services; Robert Mukasey, Attorney General of the United States; and Condoleezza Rice, Secretary of State, hereby stipulate to the dismissal of plaintiffs' Third Amended Complaint in the above-captioned matter.

The parties agree that each party will bear his or her own costs, expenses and attorneys' fees incurred in this case.

**IT IS SO ORDERED**

This the ______ day of ______________, 2008.

______________________________
Judge William E. Smith
United States District Court

Respectfully submitted,

/s/ Rajesh Radhakrishnan
Rajesh Radhakrishnan, pro se

/s/ Smitha Sankaran Nair
Smitha Sankaran Nair, pro se

Dated: April 21, 2008

/s/ Richard Myrus
RICHARD B. MYRUS
Assistant U. S. Attorney
Attorney for Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

Dated: April 21, 2008