DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAJESH RADHAKRISHNAN<br>and SMITHA SANKARAN NAIR<br>Plaintiffs | ) | |
| v. | ) | C.A. No. 07-327S |
| MICHAEL CHERTOFF, as Secretary of<br>DEPARTMENT OF HOMELAND<br>SECURITY, ET AL.,<br>Defendants | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Rajesh Radhakrishnan and Smitha Sankaran Nair and defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzales, Director of United States Citizenship and Immigration Services; Robert Mueller, Director of the Federal Bureau of Investigation; Evelyn Upchurch, Director of the Texas Service Center, United States Citizenship and Immigration Services; Robert Mukasey, Attorney General of the United States; and Condoleezza Rice, Secretary of State, hereby stipulate to the dismissal of plaintiffs' Third Amended Complaint in the above-captioned matter.

The parties agree that each party will bear his or her own costs, expenses and attorneys' fees incurred in this case.

**IT IS SO ORDERED**

This the 21 day of April, 2008.

WSmith

Judge William E. Smith
United States District Court